PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

DISTRICT OF NEBRASKA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

06 DEC 15   PM 3: 27

OFFICE OF THE CLERK

**UNITED STATES OF AMERICA**

*v.*

**Docket # 8:01CR265**

**Elisa Cornejo**

On June 6, 2002, Elisa Cornejo was sentenced to 24 months custody, to be followed by 60 months supervised release. The period of supervised release commenced January 2, 2004. Ms. Cornejo has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Elisa Cornejo be discharged from supervision.

Respectfully submitted,

David E. Goering, Supervising
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15__ day of __DEC__, 2006.

The Honorable Joseph F. Bataillon
Chief United States District Judge